The People of the State of Illinois, defendant in error, v. Gary Campbell, plaintiff in error. Gen. No. 38,127.

Opinion filed June 28, 1935.
Thomas L. Murphy and Maurice G. Walsh, for plaintiff in error; Maurice G. Walsh, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth, John T. Gallagher and Richard H. Devine, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Agnes Haggerty, administratrix of the estate of Patrick Haggerty, appellee, v. Ben Hansen, also known as Benjamin Hansen, appellant. Gen. No. 38,135.

Opinion filed June 28, 1935.
Follansbee, Shorey & Schupp and A. B. Litow, for appellant; Clyde E. Shorey and Louis W. Becker, Jr., of counsel. Joseph D. Ryan and Louis P. Miller, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Acorn Building and Loan Association, appellant, v. Adams State Bank, appellee. Gen. No. 38,014.

Opinion filed June 28, 1935.
Rehearing denied July 8, 1935.
J. Edward Jones, for appellant. Eugene P. Kealy, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.